IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**PATRICK TABIAS JENKINS**                                      **PLAINTIFF**

VS.                                      **CIVIL ACTION NO.: 3:20-CV-8-JMV**

**ANDREW SAUL,**
**Commissioner of Social Security**                                **DEFENDANT**

## ORDER GRANTING MOTION TO REMAND

On this date came for consideration Defendant's motion [20] to reverse and remand pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and the Court, being advised in the premises, is of the opinion that said motion should be granted.

It is, therefore, ORDERED that Defendant's motion to remand is GRANTED, and this cause is REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This, the 21st day of July, 2020.

                                                             /s/ Jane M. Virden
                                                             UNITED STATES MAGISTRATE JUDGE