IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**PATRICK TABIAS JENKINS**                               **PLAINTIFF**

VS.                                         **CIVIL ACTION NO.: 3:20-CV-8-JMV**

**ANDREW SAUL,**
**Commissioner of Social Security**                          **DEFENDANT**

## **FINAL JUDGMENT**

Consistent with the Order [22] granting Defendant's motion for remand, the Commissioner's decision is REVERSED, and this case is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This, the 21st day of July, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE