IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**PATRICK TABIAS JENKINS**                                        **PLAINTIFF**

VS.                                                         **CIVIL ACTION NO.: 3:20-CV-8-JMV**

**ANDREW SAUL,**
**Commissioner of Social Security**                                **DEFENDANT**

## **ORDER**

**BEFORE THE COURT** are Plaintiff's motion [24] for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Defendant's response [25]. Having considered the motion and the applicable law—and hearing no objection from Defendant regarding the hourly rate or amounts sought—the Court finds the EAJA award requested is reasonable. Accordingly, it is, hereby, ORDERED that Plaintiff's request for attorney fees and expenses is GRANTED, and Plaintiff is awarded $4,323.02. IT IS FURTHER ORDERED that Plaintiff is awarded $400.00 as reimbursement for costs. Lastly, consistent with *Astrue vs. Ratliff*, 560 U.S. 586 (2010), the EAJA award check should be made payable to Plaintiff (for the benefit of his counsel) and mailed to his counsel.

SO ORDERED this 22nd day of September, 2020.

                                                               /s/ Jane M. Virden
                                                                United States Magistrate Judge